PROB 49B
(Rev. 12/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

### Waiver of Hearing to Modify Conditions
### of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervision. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following:

**1.) The defendant shall have no contact, nor reside with children under the age of 18, including their own children, unless approved in advance and in writing by the U.S. Probation and Pretrial Services Officer in consultation with the treatment providers. The defendant must report all incidental contact with children to the U.S. Probation and Pretrial Services Officer and treatment provider.**

**2.) The defendant shall not access or come within 500 feet of schools, school yards, parks, arcades, playgrounds, amusement parks, or other places used primarily by children under the age of 18 unless approved in advance and in writing by the U.S. Probation and Pretrial Services Officer.**

**3.) The defendant shall not be employed in or participate in any volunteer activity that involves contact with children under the age of 18, except under circumstances approved in advance and in writing by the U.S. Probation and Pretrial Services Officer.**

**4.) The defendant shall not access, view or possess any pornographic sexually oriented or sexually stimulating materials, including visual, auditory, telephonic, or electronic media, computer programs or services. The defendant shall not patronize any place where such material or entertainment is available.**

**5.) The defendant shall successfully complete any sex offender diagnostic evaluations, treatment or counseling programs, and polygraph examinations as directed by the U.S. Probation and Pretrial Services Officer. Reports pertaining to sex offender assessments, treatments, and polygraph examinations shall be provided to the U.S. Probation and Pretrial Services Officer. Based on the defendant's ability to pay, the defendant shall pay the cost of diagnostic evaluations, treatment or counseling programs, and polygraph examinations in an amount determined by the U.S. Probation and Pretrial Services Officer.**

**6.) The defendant shall provide the U.S. Probation and Pretrial Services Officer with truthful and complete information regarding all computer hardware, software, electronic services, and data storage media to which the defendant has access.**

**7.) The defendant shall cooperate with the U.S. Probation and Pretrial Service Office's Computer Monitoring Program. Cooperation shall include, but not be limited to, identifying computer systems, Internet capable devices, and/or similar electronic devices**

the defendant has access to, and allowing the installation of the monitoring software/hardware on said devices. The defendant and/or the U.S. Probation and Pretrial Services Officer shall inform all parties that access to a monitored computer, or similar electronic device, that the device is subject to monitoring. The defendant may be limited to possessing only one personal Internet capable device, to facilitate the probation officer's ability to effectively monitor his/her Internet related activities, including, but not limited to, email correspondence, Internet usage history, and chat conversations. The defendant shall not remove, tamper with, reverse engineer, or in any way circumvent installed software. The defendant shall also permit random examinations of said computer systems, Internet capable devices, and similar electronic devices, and related computer peripherals, such as CD's and other media, under his/her control. The defendant shall pay for the costs of monitoring.

8.) The defendant shall comply with the Sexual Offender Registration and Notification Act (SORNA) requirements for convicted offenders in any state in which the defendant resides, is employed, or is a student, as required by federal and state law. While on supervision with the District of Nebraska, the defendant shall register in person with local, tribal, or county law enforcement at a location designated by the Nebraska State Patrol within three (3) days of sentencing, or if in custody at the time of sentencing, within three (3) business days from incarceration. While on supervision any changes to information provided during the initial registration must be made no less than three (3) business days before the change occurs. The defendant shall provide proof of registration and changes to the U.S. Probation and Pretrial Services Officer.

9.) The defendant shall submit to an initial polygraph examination and subsequent maintenance testing, at intervals to be determined by the U.S. Probation and Pretrial Services Officer, to assist in treatment, planning, and case monitoring. The defendant shall pay for these services as directed by the U.S. Probation and Pretrial Services Officer.

Witness: _____
Jessica R. Asplin
U.S. Probation and Pretrial Services Officer

Signed: _____
Heath Hill
Offender

Date: 3-22-17